# COURTROOM MINUTE SHEET
# SENTENCING PROCEEDINGS

Date: September 18, 2018   Case No. 4:18CR347 ERW
UNITED STATES OF AMERICA vs. Everett James
Judge: Honorable E. Richard Webber   Court Reporter: R. Fiorino
Deputy Clerk: C. Long   Interpreter: 
Assistant United States Attorney(s): Tracy Berry
Attorney(s) for Defendant: Beverly Beimdiek
Probation Officer: T. Jackson

- [✓] Defendant/Parties present for imposition of sentence.
- [✓] No objections to presentence report filed by either party.
- [ ] Objections to presentence report filed by [ ] Defendant [ ] USA
- [ ] Objections to presentence report heard and [ ] Granted/sustained [ ] Denied as follows:

- [✓] Presentence Report adopted/accepted by Court as findings of fact and filed under seal.
- [ ] Government's Motion is [ ] granted [ ] denied

- [ ] Letters received regarding defendant reviewed by the Court.
- [ ] Letters to be made part of the record and filed Under Seal.
- [✓] Sentence imposed (see judgment)

- [ ] The Court makes the following recommendations to the Bureau of Prisons:

- [✓] Ordered that Count(s) 1, 2 and 4 dismissed on motion of AUSA
- [ ] Defendant remanded to custody of the USMS
- [ ] Defendant granted a voluntary surrender to the institution/USMS for incarceration as:
- [ ] Notified by USMS.   [ ] Surrender date ordered: 
- [✓] Defendant is released on Probation/Supervised Release pending processing by USMS.
- [ ] Witness testimony (see witness list) [ ] Exhibits returned to/retained by counsel (see exhibit list)
- [✓] Certificate of Compliance with Local Rule 12.07(A) provided to defendant's attorney

Proceedings commenced 10:12 am.   Concluded 10:33 a.m.